KOLIN C. TANG (SBN 279834)
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
11755 Wilshire Blvd, 15th Floor
Los Angeles, CA 90025
Telephone: (323) 510-4060
Facsimile: (866) 300-7367
Email:  ktang@sfmslaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX WILSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br>THE TENNIS CHANNEL, INC.,<br>Defendant. | CASE NO.  2:18-cv-03473-SVW-AFM<br><br>**Assigned To Hon. Stephen V. Wilson**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. R. 41(a)(1)(A)(i)**<br><br>Complaint Filed:  April 25, 2018 |

**NOTICE OF VOLUNTARY DISMISSAL**

NOTICE IS HEREBY GIVEN BY Plaintiff, Alex Wilson, through his undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).  Each party shall bear its own fees and costs.

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: May 29, 2018 | By: s/Kolin C. Tang |
| 2 | | Kolin C. Tang (SBN 279834) |
| 3 | | SHEPHERD, FINKELMAN, |
| | |   MILLER & SHAH, LLP |
| 4 | | 11755 Wilshire Blvd, 15th Floor |
| 5 | | Los Angeles, CA 90025 |
| | | Telephone: 323-510-4060 |
| 6 | | Facsimile: 866-300-7367 |
| 7 | | Email:  ktang@sfmslaw.com |

(formatted as listed block)

Dated: May 29, 2018          By: s/Kolin C. Tang
                             Kolin C. Tang (SBN 279834)
                             SHEPHERD, FINKELMAN,
                               MILLER & SHAH, LLP
                             11755 Wilshire Blvd, 15th Floor
                             Los Angeles, CA 90025
                             Telephone: 323-510-4060
                             Facsimile: 866-300-7367
                             Email:  ktang@sfmslaw.com

                             James C. Shah (SBN 260435)
                             SHEPHERD, FINKELMAN,
                               MILLER & SHAH, LLP
                             35 East State Street
                             Media, PA 19063
                             Telephone: (610) 891-9880
                             Facsimile: (866) 300-7367
                             Email: jshah@sfmslaw.com

                             Adam J. Levitt
                             Amy E. Keller
                             DiCELLO, LEVITT & CASEY
                             Ten North Dearborn Street, 11th Floor
                             Chicago, IL 60602
                             Telephone: (312) 214-7900
                             Email:  alevitt@dlcfirm.com
                                     akeller@dlcfirm.com

                             *Attorneys for Plaintiff*